ANN M. CERNEY, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| STEVEN J. CAMPBELL, | CASE NO. 1:09-CV-00465-GSA |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file an Opening Brief, the request is hereby APPROVED.

Plaintiff shall file his Opening Brief on or before January 11, 2010.

IT IS SO ORDERED.

Dated:   **November 23, 2009**          **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE

Stipulation and [proposed] Order  Extending Plaintiff's Time to Respond to Defendant's answer